# EXHIBIT E



