# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:24-CV-00900-MOC-SCR

| | |
|---|---|
| **DANIELLE RUIZ, et. al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **QC PRESS CLUB, LLC, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for John V. Golaszewski]" (Doc. No. 3) filed October 10, 2024. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: October 10, 2024

Susan C. Rodriguez
United States Magistrate Judge