IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:24-cv-00900-MOC-SCR

| | |
|---|---|
| DANIELLE RUIZ, JANET GUZMAN, KEELEY REBECCA HAZELL, MARIANA DAVALOS, ROSA ACOSTA, STEPHANIE RAO, PAOLA CAÑAS, and JAMILLETTE GAXIOLA,<br><br>Plaintiffs,<br><br>v.<br><br>QC PRESS CLUB, LLC. d/b/a BROOKLYN NIGHTCLUB AND LOUNGE and KIMBERLY N. DOLLAR,<br><br>Defendants. | **STIPULATION OF DISMISSAL OF DEFENDANT KIMBERLY N. DOLLAR** |

The parties to the above-entitled action, pursuant to the provision of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the claims of the Plaintiffs: Danielle Ruiz, Janet Guzman, Keeley Rebecca Hazell, Mariana Davalos, Rosa Acosta, Stephanie Rao, Paola Cañas, and Jamillette Gaxiola (collectively "Plaintiffs") against the Defendant KIMBERLY N. DOLLAR, have been dismissed without prejudice and without costs or fees.

This stipulation of dismissal will have no effect on the claims of Plaintiffs against Defendant QC PRESS CLUB, LLC d/b/a BROOKLYN NIGHTCLUB AND LOUNGE.

Respectfully submitted this November 25, 2024.

**THE CASAS LAW FIRM, P.C.**

By: *s/ John V. Golaszewski*
John V. Golaszewski
New York Bar No. 4121091

- 1 -

*Admitted Pro Hac Vice*
1740 Broadway, 15th Floor
New York, New York 10019
(646) 872-3178
john@talentrights.law
*Attorneys for Plaintiffs*

By: *s/ Matthew R. Gambale*
Matthew R. Gambale
NC Bar No. 43359
**OSBORN GAMBALE BECKLEY & BUDD PLLC**
721 West Morgan Street
Raleigh, North Carolina 27603
T: 919.373.6422
F: 919.578.3733
matt@counselcarolina.com
*Local Civil Rule 83.1(d) Attorneys for Plaintiffs*


By: */s/ Michael David Bland*
Michael David Bland
NC Bar No. 8179
**Weaver, Bennett & Bland, PA**
196 N. Trade Street
Matthews, NC 28105
Phone: 704-844-1400
Direct: 704-844-1407
Fax: 704-845-1503
dbland@wbbatty.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filings to the undersigned filing user and registered users of record in the matter, as follows:

Michael David Bland
NC Bar No. 8179
Weaver, Bennett & Bland, PA
196 N. Trade Street
Matthews, NC 28105
Phone: 704-844-1400
Direct: 704-844-1407
Fax: 704-845-1503
dbland@wbbatty.com
*Attorney for Defendants*

This 25th day of November 2024.

| | |
|---|---|
| */s/ John V. Golaszewski* | */s/ Matthew R. Gambale* |
| John V. Golaszewski | MATTHEW R. GAMBALE |
| New York Bar No. 4121091 | N.C. Bar No. 43359 |
| *Admitted Pro Hac Vice* | OSBORN GAMBALE BECKLEY & BUDD PLLC |
| 1740 Broadway, 15th Floor | 1100 Wake Forest Road, Suite 205 |
| New York, New York 10019 | Raleigh, North Carolina 27604 |
| (646) 872-3178 | matt@counselcarolina.com |
| john@talentrights.law | T: 919.373.6422 |
| *Attorneys for Plaintiffs* | F: 919.578.3733 |
| *Attorneys for Plaintiff* | *Local Civil Rule 83.1(d) Attorneys for Plaintiff* |